UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

WAL-MART STORES, INC.,               )
                                     )
                 Plaintiff,          )        CIVIL ACTION NO:
        v.                           )
                                     )        1 : 07 -cv- 0470 -DFH -JMS
S.C. NESTEL, INC. and                )
OHIO FARMERS INSURANCE               )
COMPANY,                             )
                                     )
                 Defendants.         )

## WAL-MART STORES, INC.'S COMPLAINT

Plaintiff Wal-Mart Stores, Inc. ("Wal-Mart"), for its Complaint against Defendant S.C.

Nestel, Inc. ("Nestel") and Ohio Farmers Insurance Company ("Ohio Farmers") states:

### PRELIMINARY STATEMENT

1.      This action seeks compensatory damages, attorneys' fees and costs from Nestel

and its surety, Ohio Farmers, for damages arising from Nestel's breach of the terms of a

construction contract with Wal-Mart Stores, Inc and Ohio Farmers' failure to properly defend

and indemnify Wal-Mart.

### JURISDICTION

2.      Wal-Mart is incorporated in the State of Delaware with its principal place of

business in the State of Arkansas.

3.      Nestel is incorporated in the State of Indiana with its principal place of business in

State of Indiana.

4.      Ohio Farmers is incorporated in the State of Ohio with its principal place of

business in the State of Ohio.

**SCANNED**

5.      The amount in controversy is in excess of Seventy Five Thousand Dollars ($75,000.00) exclusive of interest and costs.

6.      The United States District Court, Southern District of Indiana has original jurisdiction over this matter pursuant to 28 U.S.C.§ 1332 because this is a civil action wherein the matter in controversy exceeds $75,000.00 exclusive of interest and costs and the Plaintiff's citizenship is diverse from the citizenship of the Defendants.

## VENUE

7.      This action properly lies in the United States District Court, Southern District of Indiana pursuant to 29 U.S.C. § 1391(a), because Defendant Nestel resides within this judicial district and a substantial part of the events or omissions giving rise to this claim occurred in this judicial district.

## ALLEGATIONS COMMON TO ALL COUNTS

8.      In or about April, 2005, Wal-Mart and Nestel entered into a contract whereby Nestel was to serve as contractor for the construction of a Wal-Mart Supercenter to be constructed in Washington, Indiana (herein "the Agreement"). A true and correct copy of the Agreement between Owner, Wal-Mart and Contractor, Nestel is attached hereto as Exhibit A.

9.      Between April and October, 2005, Nestel initiated and began to perform certain work pursuant to the Agreement.

10.     Nestel further agreed to comply with certain Special Conditions for Wal-Mart Stores, Inc. construction which were incorporated into the Agreement, a true and correct copy of which is attached hereto as Exhibit B and incorporated by reference herein (the "Special Conditions").

11.     Section 8 of the Special Conditions contains requirements for Nestel relating to Environmental Compliance and Storm Water Pollution Prevention.

12.     Nestel failed to comply with the terms of the Agreement, among other things, with the requirements of Section 8 of the Special Conditions, which resulted in Wal-Mart's proper termination of Nestel's work under the Agreement.

13.     Pursuant to the Agreement, Nestel is obligated to indemnify, protect, defend and hold harmless Wal-Mart, its affiliates and other related individuals and entities from any and all damages, as that term is defined by the Agreement, arising from, relating to or associated with any work performed or to be performed under the Agreement.

14.     Pursuant to the Agreement, Nestel was obligated to submit a Performance Bond and a Payment Bond to Wal-Mart.

15.     Nestel submitted Performance Bond  #754170 and Payment Bond #754170 executed by Principal, Nestel and Surety, Ohio Farmers.  A true and accurate copy of the Performance Bond is attached hereto as Exhibit C and incorporated by reference herein as Performance Bond.  A true and accurate copy of the Payment Bond is attached hereto as Exhibit D and incorporated by reference herein as Payment Bond.

16.     The Performance Bond and the Payment Bond obligate Ohio Farmers to defend and indemnify Wal-Mart against losses, damages, expenses, costs and attorneys' fees as a result of Nestel's failure to perform and satisfy it duties and responsibilities under the Agreement.

17.     Wal-Mart has been named as a Defendant in three lawsuits arising out of Nestel's failure to perform and satisfy its duties and responsibilities under the Agreement.  The lawsuits are Crider & Crider, Inc. v. Wal-Mart, Inc., et al., Daviess Superior Court, Indiana, Cause No. 14D01-0603-CC-0023 (herein "Crider & Crider lawsuit"); Moore Concrete Pumping Co. Inc. v. Wal-Mart Stores, Inc., et al., Daviess Superior Court, Indiana, Cause No. 14D01-0610-PL-124

(herein "Moore Concrete lawsuit"); and Gress Excavating, LLC v. Wal-Mart Inc., et al., Daviess Superior Court, Indiana, Cause No. 14D01-0606-PL-075 (herein "Gress lawsuit"). Additionally, Water Works Supply, Inc. filed a cross claim against Wal-Mart Stores, Inc. in the Moore Concrete lawsuit.

18.  To date, Ohio Farmers has failed to satisfy its obligations, duties and responsibilities arising under the Performance Bond and the Payment Bond.

19.  Wal-Mart and/or its affiliates and other related individuals and entities have suffered damages as a result of Nestel's breach of the Agreement.

20.  Wal-Mart and/or its affiliates and other related individuals and entities have suffered damages as a result of Ohio Farmers' failure to satisfy its obligations, duties and responsibilities arising under the Performance Bond and the Payment Bond.

## COUNT I -- BREACH OF CONTRACT AGAINST NESTEL

21.  Wal-Mart incorporates, as though fully set forth herein, paragraphs 1 through 20.

22.  The Agreement is a valid and enforceable contract between Wal-Mart and Nestel.

23.  Wal-Mart fully performed and satisfied its duties and responsibilities under the Agreement.

24.  Nestel breached and failed to perform and satisfy its duties and responsibilities under the Agreement.

25.  Wal-Mart has been damaged by Nestel's breach of its duties and responsibilities under the Agreement.

## COUNT II -- DEFENSE AND INDEMNIFICATION CLAIM AGAINST
## OHIO FARMERS INSURANCE

26.  Wal-Mart incorporates, as though fully set forth herein, paragraphs 1 through 25.

27.     Wal-Mart sustained losses, damages, expenses, costs and attorneys' fees as a result of Nestel's failure to perform and satisfy its duties and responsibilities under the Agreement.

28.     The Performance Bond and the Payment Bond obligate Ohio Farmers to defend and indemnify Wal-Mart against losses, damages, expenses, costs and attorneys' fees as a result of Nestel's failure to perform and satisfy it duties and responsibilities under the Agreement.

29.     Ohio Farmers has failed to satisfy its obligation to defend and indemnify Wal-Mart for losses, damages, expenses, costs and attorneys' fees sustained as a result of Nestel's failure to perform and satisfy its duties and responsibilities under the Agreement.

30.     Wal-Mart has suffered damages as a result of Ohio Farmers Insurance failure to defend and indemnify Wal-Mart.

WHEREFORE, Plaintiff Wal-Mart Stores, Inc. prays for judgment in its favor and against Defendants S.C. Nestel, Inc. and Ohio Farmers Insurance Company, for compensatory damages, pre- and post-judgment interest, attorneys' fees, costs of this action, and for all other just and proper relief.

Mark J. Dinsmore, No. 17930-49
Jimmie L. McMillian, No.23675-49
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana  46204
317/236-1313
317/231-7488
JMcMillian@btlaw.com
MDinsmore@btlaw.com

Attorneys for Plaintiff
Wal-Mart Stores, Inc.

INDS02 JMCMILLIAN 879453v1